IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JEFFREY ALEXANDER STEWART, | § | |
| Movant, | § | |
| | § | |
| v. | § | Civil No. 3:20-CV-1450-D |
| | § | (Criminal No. 3:15-CR-543-D-3) |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The undersigned district judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

October 19, 2020.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE